No. 98-9344. NEAL v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 98-9350. FAUSTINO VERGARA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98-9355. LYNCH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98-9357. TAYLOR v. RENO, ATTORNEY GENERAL, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98-9358. WILLIAMSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98-9366. VALDEZ-MOSQUEDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98-9378. KEITH v. OHIO. Ct. App. Ohio, Crawford County. Certiorari denied.

No. 98-9386. BECKWITH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98-9394. ASAMOAH v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 98-9398. HERNANDEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98-9403. GRANT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98-9414. KIRKPATRICK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98-9418. ABLES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98-9419. ARAIZA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98-9427. BROWN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98-9429. BRITTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.